# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAWN ELAYNE SEIF, INDIVIDUALLY AND OBO
HER MINOR CHILD, JAMES ANDREW SEIF,
LISA BLAYLOCK, INDIVIDUALLY AND OBO HER
MINOR CHILDREN ANNABELLE RUTH BLAYLOCK
AND EVELYN MARIE BLAYLOCK, DESTINY
FLYNN, INDIVIDUALLY AND OBO HER MINOR
CHILD LEILANI M. FLYNN, LIUSA BAWOL,
JENNA KEMP, INDIVIDUALLY AND OBO HER
MINOR CHILDREN MAKENZIE KEMP AND WESLEY
KEMP

NO.  2020 CW 0385

VERSUS

STATE OF LOUISIANA THROUGH THE MILITARY
DEPARTMENT AND LOUISIANA NATIONAL GUARD

**SEPTEMBER 21, 2020**

---

In Re:    State of Louisiana through the Military Department and
          Louisiana National Guard, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 646648.

---

**BEFORE:    WELCH, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT GRANTED.** The district court's April 2, 2020 judgment
is reversed.  Plaintiffs' claims, all of which arise out of or
are in the course of activity incident to service, are barred
from civil adjudication in accordance with **Feres v. United
States,** 340 U.S. 135, 143-44, 71 S.Ct. 153, 158, 95 L.Ed. 152
(1950).  See also **Morris v. Thompson,** 852 F.3d 416, 420 (5th
Cir. 2017), cert. denied, ___ U.S. ___, 138 S.Ct. 203, 199
L.Ed.2d 114 (2017) & **Matreale v. New Jersey Dept. of Military &
Veterans Affairs,** 487 F.3d 150, 156 (3d Cir. 2007), cert.
denied, 552 U.S. 1099, 128 S.Ct. 899, 169 L.Ed.2d 728 (2008).
Moreover, Louisiana Revised Statutes 29:23.1(B) provides
"[n]either Civil Code Article 2320 nor any other law imposing
liability on a master for the offenses and quasi offenses of his
servant shall impose liability on the state or any branch,
department, office, agency, commission, or any officer,
official, or employee thereof for any acts or omissions
committed on or after December 29, 1981, by any members of the
National Guard while engaged in training or duty under 32 U.S.C.
316, 502, 503, 504, or 505[.]"  Accordingly, summary judgment is
granted in favor of defendants, State of Louisiana through the
Military Department and Louisiana National Guard, and
plaintiffs' claims against them are dismissed.

**JEW**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
         FOR THE COURT